PER CURIAM.
Affirmed. Garrett v. Morris Kirschman and Company, Inc., 336 So.2d 566 (Fla.1976); Teate v. Winn-Dixie Stores, Inc., 524 So.2d 1060 (Fla. 3d DCA), review denied, 534 So.2d 402 (Fla.1988); Howard Brothers v. Sotuyo, 472 So.2d 1264 (Fla. 1st DCA 1985); Carrazana v. Coca Cola Bottling Company, 375 So.2d 345 (Fla. 3d DCA 1979), cert. denied, 386 So.2d 635 (Fla.1980); Quinn v. Millard, 358 So.2d 1378 (Fla. 3d DCA 1978); Winn Dixie *26 Stores, Inc. v. Williams, 264 So.2d 862 (Fla. 3d DCA 1972).